**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7103

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD ALAN HUNT,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Matthew J. Perry, Jr., Senior District Judge.   (3:01-cr-00982-MJP)

Submitted:  December 20, 2007      Decided:  December 27, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard Alan Hunt, Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Alan Hunt appeals the district court's order denying a Fed. R. Civ. P. 60(b) motion to vacate, for lack of jurisdiction, Hunt's 2002 criminal conviction and sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hunt</u>, No. 3:01-cr-00982-MJP (D.S.C. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>